**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:  Kenneth Evans

)  CASE NO.07 b 20330
)  HON.  Sonderby
)  CHAPTER 13

## NOTICE OF MOTION

To:  Tom Vaughn, Chapter 13 Trustee, 200 S. Michigan, 13th Floor, Chicago, IL  60604, via Electronic notice.

Kenneth Evans, 1440 N. Washtenaw, Chicago, IL  60622 via U.S. Mail

Please take notice that on December 20, 2007 at 10:15 a.m. I shall appear before the Honorable Sonderby in Courtroom 642 of the Federal Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached motion and you may appear if you so choose.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he transmitted a copy of this notice to the above named addressed on November 6, 2007, via the methods listed below:

To the Chapter 13 Trustee via electronic notice;

To Kenneth Evans via U.S. Mail from the mailbox located at 407 S. Dearborn St.


    /s/ Craig Black
     Attorney for Debtor



Robert J. Semrad & Associates
Attorney for Debtor
407 S. Dearborn Street #600
Chicago, IL 60605
(312) 913-0625

**Official Form 9I (10/06)** (Chapter 13 Case)  Case Number **07−20330**

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines
The debtor(s) listed below filed a chapter 13 bankruptcy case on October 31, 2007.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Kenneth Lee Evans
1440 N. Washtenaw
Apt 1
Chicago, IL 60622

| | |
|---|---|
| Case Number:  07−20330<br>Office Code:    1 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−1150 |
| Attorney for Debtor(s) (name and address):<br>George J Koulogeorge<br>Robert J Semrad & Associates LLC<br>407 South Dearborn St 6th Floor<br>Chicago, IL 60605<br>Telephone number: 312 913−0625 Ext 210 | Bankruptcy Trustee (name and address):<br>Tom Vaughn<br>200 South Michigan Ste 1300<br>Chicago, IL 60604<br>Telephone number: 312 294−5900 |

## Meeting of Creditors:
Date: **November 28, 2007**     Time: **02:30 PM**
Location: **200 S Michigan Avenue, Suite 1300, Chicago, IL 60604**
**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:
For all creditors (except a governmental unit): **February 26, 2008**    For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002(c)(1)): **April 28, 2008**

### Foreign Creditors
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan and Attorney Fees
The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation and to consider a request by debtor's counsel for payment of legal fees will be held:
Date: **December 20, 2007** , Time: **10:15 AM** , Location: **219 South Dearborn, Courtroom 642, Chicago, IL 60604**

**The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 3,500.00**
If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan.

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts: January 27, 2008**

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1−888−232−6814 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kenneth S. Gardner |
| Hours Open:  Monday − Friday 9:00 AM − 4:30 PM | Date:  November 1, 2007 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                        )
                                              )     Case No.
            Debtor(s).                        )     Hearing Date:

### ATTORNEY'S APPLICATION FOR COMPENSATION FOR REPRESENTING CHAPTER 13 DEBTOR(S)

The undersigned attorney seeks compensation pursuant to 11 U.S.C. §330(a)(4)(B) for representing the interests of the debtor(s) in this case.

**Use of Model Retention Agreement:**
☐ The attorney and the debtor(s) have entered into the Court's Model Retention Agreement.
☐ The attorney and the debtor(s) have not entered into the Court's Model Retention Agreement.

**Dismissal of prior case**
☐ A Chapter 13 case of the debtor or debtor's spouse was dismissed within one year of this case filing.

**Fees in prior case(s):** ☐ The attorney has not represented the debtor(s) in any prior bankruptcy case.
☐ The attorney has represented the debtor(s) in prior bankruptcy cases as follows:
  Case no. _____ Chapter ___ Plan confirmed? ☐ Yes ☐ No  Fees paid  $ _____
  Case no. _____ Chapter ___ Plan confirmed? ☐ Yes ☐ No  Fees paid  $ _____
  Case no. _____ Chapter ___ Plan confirmed? ☐ Yes ☐ No  Fees paid  $ _____

**Fees sought in present case:**
☐ $_____, for services           ☐ $_____, for services           ☐ $_____, for services
through plan confirmation.             through case closing.                  after plan confirmation.

**Expense reimbursement:**       ☐    $_____, for filing fee.
                                 ☐    $_____, for expenses **itemized on the attached sheet**.
            Total reimbursement requested: $_____.

**Payment received directly from debtor:** ☐ None        ☐ $ _____.

**Compensation previously awarded in this case:**       ☐ None
            ☐   a total of $_____, pursuant to order(s) entered on the following dates:
                _____.

**Plan payments**:        $_____ for _____ months.

**Secured debt:** ☐   None   ☐ home mortgage(s) in default    ☐ motor vehicle loans
                  ☐   Other:_____.

**Unsecured debt:**       _____ No. of claims: _____  Total amount: _____
                          To be paid under plan _____%

**Professional time expended:**       _____ attorney hours; _____ paraprofessional hours.

**Itemization of time:**   ☐ Not Submitted      ☐ Attached to this application.

**Hourly rates:** $ _____ attorney; $ _____ paraprofessional.

**Date of Application**: _____        Attorney's signature:_____
                                          [Typed name] [Firm name, address, phone #]

Form No. 23, revised 05/01/07

## **EXPENSES**

| **Expense** | **Date Incurred** | **Total Charge** |
|---|---|---|
| Chapter 13 filling fee | 10/31/07 | $274.00 |
| Copy costs | 10/31/07 | $10.00 (100 pages/ .10 per copy) |
| **TOTAL CHARGE** | | $284.00 |