```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 20330
   KENNETH LEE EVANS
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-1150


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/31/2007 and was confirmed 01/02/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/17/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
ANDREW T GANATOS           UNSECURED       NOT FILED          .00           .00
ASSET ACCEPTANCE           UNSECURED         936.00           .00           .00
CITY OF CHICAGO PARKING    FILED LATE          .00            .00           .00
COMCAST                    UNSECURED       NOT FILED          .00           .00
DIVERSIFIED EMERGENCY SE   UNSECURED       NOT FILED          .00           .00
ST MARY OF NAZARETH HOSP   UNSECURED       NOT FILED          .00           .00
LYNCH FORD INC             UNSECURED        2606.23           .00           .00
LYNDALE PLACE              UNSECURED       NOT FILED          .00           .00
ORANGE LAKE COUNTRY CLUB   NOTICE ONLY     NOT FILED          .00           .00
SME PATHOLOGISTS SC        UNSECURED       NOT FILED          .00           .00
VILLAGE IMAGING PROFESSI   UNSECURED       NOT FILED          .00           .00
WELLS FARGO AUTO FINANCE   UNSECURED       NOT FILED          .00           .00
ST ELIZABETH HOSPITAL      UNSECURED       13855.19           .00           .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT     284.00           .00        284.00
AZAREE HENDERSON           NOTICE ONLY     NOT FILED          .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,500.00                      443.97
TOM VAUGHN                 TRUSTEE                                        60.03
DEBTOR REFUND              REFUND                                           .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                788.00

PRIORITY                                      284.00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                443.97
TRUSTEE COMPENSATION                           60.03
DEBTOR REFUND                                    .00
                                        ---------------   ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 20330 KENNETH LEE EVANS
```

| | | |
|---|---|---|
| TOTALS | 788.00 | 788.00 |

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 10/29/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```